**Electronically Filed
Supreme Court
SCAP-14-0001363
22-JUN-2017
11:34 AM**

SCAP-14-0001363

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHAEL PATRICK OʻGRADY, individually; and
LEILONI OʻGRADY, individually,
Plaintiffs-Appellants,

vs.

STATE OF HAWAIʻI and
STATE OF HAWAIʻI DEPARTMENT OF TRANSPORTATION,
Defendants-Appellees,

and

THE COUNTY OF HAWAIʻI; HAWAIIAN ELECTRIC COMPANY;
HAWAIIAN ELECTRIC LIGHT COMPANY; HAWAIIAN ELECTRIC
INDUSTRIES, INC.; HULU LOLO, INC.;
and DOES 1—100, inclusive,
Defendants.

---

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CAAP-14-0001363; CIV. NO. 07-01-0372)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed June 7, 2017, is corrected as follows:

1. On page 41, delete "has immunity from claims" and

replace with "is liable";

2. On page 45, delete "has immunity from claims" and replace with "is liable";

3. On page 39, footnote 19, delete in two instances the word "Hawaiʻi" that precedes "State Tort Liability Act".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, June 22, 2017.

/s/ Richard W. Pollack
Associate Justice

